**Andre J. TWITTY, Plaintiff–Appellant,**

v.

**Mickey E. RAY, Warden of FCI–Edgefield, Defendant–Appellee.**

No. 01–6612.

United States Court of Appeals, Fourth Circuit.

Submitted Sept. 20, 2001.

Decided Sept. 26, 2001.

Andre J. Twitty, pro se. Barbara Murcier Bowens, Office of the United States Attorney, Columbia, SC, for appellee.

Before LUTTIG, KING, and GREGORY, Circuit Judges.

PER CURIAM.

Andre J. Twitty appeals the district court's order denying relief on his claims filed under *Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics,* 403 U.S. 388, 91 S.Ct. 1999, 29 L.Ed.2d 619 (1971). We have reviewed the record and the district court's opinion accepting the magistrate judge's recommendation and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See Twitty v. Ray,* No. CA–00–421–7–23 (D.S.C. Mar. 29, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*